**AMNEAL PHARMACEUTICALS, LLC, Appellant**

v.

**ENDO PHARMACEUTICALS INC., Appellee**

2016-1217

United States Court of Appeals,
Federal Circuit.

November 8, 2016

BRENDA L. JOLY, Robins Kaplan LLP, Minneapolis, MN, argued for appellant. Also represented by JACOB M. HOLDREITH, JAMIE R. KURTZ; OREN D. LANGER, New York, NY.

JOSEPH A. MAHONEY, Mayer Brown, LLP, Chicago, IL, argued for appellee. Also represented by ERICK J. PALMER.

THOMAS W. KRAUSE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor Michelle K. Lee. Also represented by MONICA BARNES LATEEF, FRANCES LYNCH, JOSEPH MATAL, SCOTT WEIDENFELLER.

**JUDGMENT**

Per Curiam (Lourie , Moore , and O'Malley , Circuit Judges).

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.